VIA ECF                                                             December 14, 2020
Honorable Naomi Reice Buchwald
United States District Judge
500 Pearl Street, Room 2270
New York, NY 10007

Re: *Simcha Feldman et al. v. Yechezkel Strulovitch et al.*, 20-cv-07270-NRB

**JOINT LETTER**

Attorney for Plaintiffs Simcha Feldman et al. and
Attorney for Defendants EIGHTEEN PROPERIES LLC, KNICKERBOCKER LOFTS LLC, 296 COOPER LLC; WILLTROUT REALTY LLC, STAGG STUDIOS LLC, TOMPKINS 420 REALTY LLC, 420 TOMPKINS, LLC

Dear Judge Buchwald,

Defendants EIGHTEEN PROPERIES LLC, KNICKERBOCKER LOFTS LLC, 296 COOPER LLC; WILLTROUT REALTY LLC, STAGG STUDIOS LLC, TOMPKINS 420 REALTY LLC, 420 TOMPKINS, LLC (the "**Defendants**") in their previous letter filed on December 2, 2020 requested an adjournment to file responsive pleadings to Plaintiff's Complaint until December 15, 2020 on Plaintiff's counsel consent. In said letter Defendants also consented to align further with all scheduled dates with all the other defendants in this action.

Due to the results of December 14th pre-motion conference and given permission by your Honor to Plaintiff to file an Amended Complaint, and, in the light of judicial economy, Defendants and Plaintiffs are jointly respectfully requesting to permit Defendants to file responsive pleadings on the same date as it will be for the other Defendants' responsive pleadings to Plaintiffs' Amended Complaint, and not to hold Defendants in default for not responding to Plaintiffs' Complaint on December 15, 2020.

Should Plaintiff fail to file Amended Complaint within thirty days, as permitted, Defendants responsive pleadings will be due January 15, 2020.

Cc: all parties via NYSCEF

COHEN, LABARBERA & LANDRIGAN, LLP
*/s/ Oxana Lukina*
By: Oxana Lukina, Esq.
99 Brookside Ave., Chester, New York 10918,
olukina@cll-law.com, tlandrigan@cll-law.com

Lazar Grunsfeld Elnadav LLP
*/s/ Gerald Grunsfeld*
By: Gerald Grunsfeld
Attorneys for Plaintiff
1795 Coney Island Ave., Brooklyn NY 11230
gerry@LGELaw.com

```
Application granted.

SO ORDERED.

[signature]
NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

Dated:    December 15, 2020
          New York, N.Y.
```