**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------- x
SIMCHA FELDMAN, et al..

                Plaintiffs

-against-

YECHEZKEL STRULOVITCH, et al.,

                Defendants

------------------------------------------- x

20-cv-07270-NRB

[PROPOSED] **SO ORDERED STIPULATION TO STAY CERTAIN CLAIMS PENDING ARBITRATION**

**WHEREAS**, Plaintiffs and Defendants Yechezkel Strulovitch, CS Construction Group LLC, Glaubers Chasidisha Clothing LLC, Glaubers Clothing LLC, Glaubers Quality Clothing LLC, Glaubers Traditional Clothing LLC, 945 Park Pl LLC, 1078 Dekalb LLC, 74 Van Buren LLC, 454 Central Avenue LLC, 980 Atlantic Holdings LLC, Penn Condominium LLC, Throop Home, LLC, The Bushwick Partners LLC, Brooklyn Ventures LLC, The Howard Day House LLC, 741 Lexington LLC, CSY Holdings LLC, CAS Management Company, Bayshore, Inc., 119 Holdings LLC, 1642 Equities LLC, Herman Greenfeld as trustee of Givas Olim Trust, Mendel Brach as trustee of Givas Olim Trust, Penn & Marcy LLC, 599-601 Willoughby, 908 Bergen Street LLC, 901 Bushwick Avenue LLC, Gates Equity Holdings LLC, 853 Lexington LLC, 348 St. Nicholas LLC, 762 Willoughby LLC, 855 Dekalb Avenue LLC, The Bridge Tower LLC, 619 Holdings LLC, Grand Suites LLC, Catalpa Development, LLC, Slope Offices LLC, 482-484 Seneca LLC, 1217 Bedford LLC, 1266 Pacific LLC, Myrtlino Holdings, LLC, 259 Berry LLC, 261 Berry LLC ("Strulovitch Defendants") have entered into an agreement to arbitrate all claims relating to this dispute between and amongst them;

**WHEREAS**, Plaintiffs and Strulovitch Defendants wish to stay any and all claims, pending

or otherwise, in this Action between them.

IT IS HEREBY STIPULATED, CONSENTED TO AND AGREED by and between the attorneys for Plaintiffs and the Strulovitch Defendants that any and all claims between Plaintiffs and the Strulovitch Defendants are hereby stayed pending arbitration pursuant to their arbitration agreement.

IT IS FURTHER STIPULATED, CONSENTED TO AND AGREED by and between the attorneys for Plaintiffs and the Strulovitch Defendants that if permitted by the arbitration panel, the Strulovitch Defendants may file certain stipulations/affirmations cancelling notices of pendency while this proceeding is otherwise stayed by and between Plaintiffs and Strulovitch Defendants.

IT IS FURTHER STIPULATED, CONSENTED TO AND AGREED by and between the attorneys for Plaintiffs and the Strulovitch Defendants that a facsimile and/or electronic signature of this Stipulation shall serve as an original for all purposes.

Dated: New York, NY
January 14, 2022

LAZAR GRUNSFELD ELNADAV LLP

By: *Gerald Grunsfeld*
Gerald Grunsfeld
1795 Coney Island Avenue
Brooklyn, NY 11230
718-947-7476
*Attorneys for Plaintiffs*

HERRICK, FEINSTEIN LLP

By: _____
Avery S. Mehlman
Scott C. Ross
2 Park Avenue
New York, NY 10016
212.592.1400
*Attorneys for Strulovitch Defendants*

COHEN, LABARBERA & LANDRIGAN, LLP

By: /s/ SCR
Tom Landrigan
Oxana Lukina
99 Brookside Ave.
Chester, New York 10918
845-291-1900
*Attorneys for 296 Cooper LLC*

**SO ORDERED**

Hon. Naomi Reice Buchwald
United States District Judge
1/18/22