UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| SIMCHA FELDMAN, et al.. | : | |
| | : | 20-cv-07270-NRB |
| Plaintiffs | : | |
| | : | **[PROPOSED] SO** |
| -against- | : | **ORDERED** |
| | : | **STIPULATION TO STAY** |
| YECHEZKEL STRULOVITCH, et al., | : | **CERTAIN CLAIMS** |
| | : | **PENDING** |
| Defendants | : | **ARBITRATION** |
| | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**WHEREAS**, Plaintiffs and Defendant 296 Cooper LLC have entered into an agreement to arbitrate all claims relating to this dispute between and amongst them;

**WHEREAS**, Plaintiffs and 296 Cooper LLC wish to stay any and all claims, pending or otherwise, in this Action between them;

**IT IS HEREBY STIPULATED, CONSENTED TO AND AGREED** by and between the attorneys for Plaintiffs and 296 Cooper LLC that any and all claims between Plaintiffs and the 296 Cooper LLC are hereby stayed pending arbitration pursuant to their arbitration agreement.

**IT IS FURTHER STIPULATED, CONSENTED TO AND AGREED** by and between the attorneys for Plaintiffs and 296 Cooper LLC that if permitted by the arbitration panel, 296 Cooper LLC may file certain stipulations/affirmations cancelling notices of pendency while this proceeding is otherwise stayed by and between Plaintiffs and 296 Cooper LLC.

**IT IS FURTHER STIPULATED, CONSENTED TO AND AGREED** by and between the attorneys for Plaintiffs and 296 Cooper LLC that a facsimile and/or electronic signature of this Stipulation shall serve as an original for all purposes.

HF 14211078v.1

Dated: New York, NY
      January 19, 2022

| LAZAR GRUNSFELD ELNADAV LLP | COHEN, LABARBERA & LANDRIGAN, LLP |
|---|---|
| By: _/s/ GG_ /SCR | By: _/s/ TL_ /SCR |
| Gerald Grunsfeld | Tom Landrigan |
| 1795 Coney Island Avenue | Oxana Lukina |
| Brooklyn, NY 11230 | 99 Brookside Ave. |
| 718-947-7476 | Chester, New York 10918 |
| *Attorneys for Plaintiffs* | 845-291-1900 |
| | *Attorneys for 296 Cooper LLC* |

**SO ORDERED**

_____
Hon. Naomi Reice Buchwald
United States District Judge