```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
SIMCHA FELDMAN, YECHIEL SHUKRON,
SHALOM KOLDETZKY, ARON BENISHU,
ISRAEL HODER, MEIR FOGEL, RAPHAEL            ORDER
ARIEH, RACHAMIM BERACHA, TZVI
LEFKOVITZ, SHLOMO KORITZ, TZVI           20 Civ. 7270 (NRB)
ANSBACHER, RUCHAMA TOLEDANO,
RAPHAEL BITAN, NAOR AMAR, ISRAEL
BEN-EZRA, ARYEH LEVI, ELCHANAN
ELMISHALI, and MEIR EDELSHTEIN,

                    Plaintiffs,

          - against –

YECHEZKEL STRULOVITCH, CS
CONSTRUCTION GROUP LLC, GLAUBERS
CHASIDISHA CLOTHING LLC, GLAUBERS
QUALITY CLOTHING LLC, GLAUBERS
TRADITIONAL CLOTHING LLC, 945 PARK
PL LLC, 1078 DEKALB LLC, 74 VAN
BUREN LLC, 454 CENTRAL AVENUE LLC,
980 ATLANTIC HOLDINGS LLC, PENN
CONDIMINIUM LLC, THROOP HOME, LLC,
EIGHTEEN PROPERTIES LLC, THE
BUSHWICK PARTNERS LLC, BROOKLYN
VENTURES LLC, THE HOWARD DAY HOUSE
LLC, 196 ALBANY HOLDINGS L.P., CSN
PARTNERS LP, KNICKERBOCKER LOFTS
LLC, 1301 PUTNAM LLC, 741 LEXINGTON
LLC, 296 COOPER LLC, WILLTROUT
REALTY LLC, STAGG STUDIOS LLC,
FIRST AVENUE REALTY HOLDINGS L.P.,
CSY HOLDINGS LLC, CAS MANAGEMENT
COMPANY BAYSHORE, INC., 31 BROOKLYN
LLC, 1035 FLUSHING AVE LLC, VICTORY
BLVD ASSOCIATE LLC, SOI GROUP LLC,
945 WILLOUGHBY HOLDINGS LLC, 119
HOLDINGS LLC, WALLACE HOLDINGS LLC,
1642 EQUITIES LLC, BNH PROPERTIES
LLC, HERMAN GREENFELD as trustee of
GIVAS OLIM TRUST, MENDEL BRACH as
trustee of GIVAS OLIM TRUST,
TOMPKINS 420 REALTY LLC, WILLOUGHBY
EQUITIES LLC, 186 LENOX LLC, 400
SOUTH 2ND STREET REALTIES L.P.,
```

WYKOFF SP LLC, 1428 FULTON ST LLC, PENN & MARCY LLC, 420 TOMPKINS, LLC, 599-601 WILLOUGHBY LLC, CS YH CONDOS LLC, LENOX 186 HOLDINGS LLC, LENOX 186 REALTY LLC, 400 SOUTH 2ND STREET HOLDINGS L.P., R.P.S. PROPERTIES LLC, FULTON STREET HOLDINGS LLC, 908 BERGEN STREET LLC, 901 BUSHWICK AVENUE LLC, GATES EQUITY HOLDINGS LLC, 853 LEXINGTON LLC, 348 ST. NICHOLAS LLC, 762 WILLOUGHBY LLC, 855 DEKALB AVENUE LLC, THE BRIDGE TOWER LLC, 619 HOLDINGS LLC, GRAND SUITES LLC, CATALPA DEVELOPMENT, LLC, SLOPE OFFICES LLC, 41-49 SPENCER LLC, 482-484 SENECA LLC, 1217 BEDFORD LLC, 1266 PACIFIC LLC, MYRTLINO HOLDINGS, LLC, 259 BERRY LLC, and 261 BERRY LLC,

               Defendants.

------------------------------X

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

    WHEREAS on September 8, 2020, plaintiffs filed the Complaint; and

    WHEREAS on September 15, 2020, plaintiffs filed an Amended Complaint; and

    WHEREAS on November 9, 2020, plaintiffs filed a certificate of service of the Amended Complaint on all defendants; and

    WHEREAS on March 17, 2021, plaintiffs filed a Second Amended Complaint; and

    WHEREAS on October 14, 2021, plaintiffs filed a Third Amended Complaint against seventy-three defendants; and

WHEREAS no further proof of service of either the Second Amended Complaint or the Third Amended Complaint was filed; and

WHEREAS on January 18, 2022 and February 1, 2022, plaintiffs entered into a stipulation with forty-four defendants providing for the stay of this action pending arbitration; and

WHEREAS on December 27, 2021 and March 16, 2022, plaintiffs voluntarily dismissed claims against two defendants; and

WHEREAS on August 17, 2022, this Court filed a Memorandum and Order granting a motion to dismiss the Third Amended Complaint filed by sixteen defendants; and

WHEREAS plaintiffs have failed to serve the remaining eleven defendants with either the Second Amended Complaint or the Third Amended Complaint and the time for service provided for in Fed. R. Civ. P. 4(m) has long since passed; it is hereby

**ORDERED** that the complaint against the remaining eleven defendants will be dismissed with prejudice on September 8, 2022, unless plaintiffs file a memorandum of law prior thereto explaining why the remaining eleven defendants should not be dismissed from the case.

Dated:   New York, New York
         August 25, 2022

_____
NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE