UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
SIMCHA FELDMAN, YECHIEL SHUKRON, SHALOM KOLDETZKY, ARON BENISHU, ISRAEL HODER, MEIR FOGEL, RAPHAEL ARIEH, RACHAMIM BERACHA, TZVI LEFKOVITZ, SHLOMO KORITZ, TZVI ANSBACHER, RUCHAMA TOLEDANO, RAPHAEL BITAN, NAOR AMAR, ISRAEL BEN-EZRA, ARYEH LEVI, ELCHANAN ELMISHALI, and MEIR EDELSHTEIN,

Plaintiffs,

- against -

YECHEZKEL STRULOVITCH, CS CONSTRUCTION GROUP LLC, GLAUBERS CHASIDISHA CLOTHING LLC, GLAUBERS QUALITY CLOTHING LLC, GLAUBERS TRADITIONAL CLOTHING LLC, 945 PARK PL LLC, 1078 DEKALB LLC, 74 VAN BUREN LLC, 454 CENTRAL AVENUE LLC, 980 ATLANTIC HOLDINGS LLC, PENN CONDIMINIUM LLC, THROOP HOME, LLC, EIGHTEEN PROPERTIES LLC, THE BUSHWICK PARTNERS LLC, BROOKLYN VENTURES LLC, THE HOWARD DAY HOUSE LLC, 196 ALBANY HOLDINGS L.P., CSN PARTNERS LP, KNICKERBOCKER LOFTS LLC, 1301 PUTNAM LLC, 741 LEXINGTON LLC, 296 COOPER LLC, WILLTROUT REALTY LLC, STAGG STUDIOS LLC, FIRST AVENUE REALTY HOLDINGS L.P., CSY HOLDINGS LLC, CAS MANAGEMENT COMPANY BAYSHORE, INC., 31 BROOKLYN LLC, 1035 FLUSHING AVE LLC, VICTORY BLVD ASSOCIATE LLC, SOI GROUP LLC, 945 WILLOUGHBY HOLDINGS LLC, 119 HOLDINGS LLC, WALLACE HOLDINGS LLC, 1642 EQUITIES LLC, BNH

**ORDER**

20 Civ. 7270 (NRB)

PROPERTIES LLC, HERMAN GREENFELD as trustee of GIVAS OLIM TRUST, MENDEL BRACH as trustee of GIVAS OLIM TRUST, TOMPKINS 420 REALTY LLC, WILLOUGHBY EQUITIES LLC, 186 LENOX LLC, 400 SOUTH 2ND STREET REALTIES L.P., WYKOFF SP LLC, 1428 FULTON ST LLC, PENN & MARCY LLC, 420 TOMPKINS, LLC, 599-601 WILLOUGHBY LLC, CS YH CONDOS LLC, LENOX 186 HOLDINGS LLC, LENOX 186 REALTY LLC, 400 SOUTH 2ND STREET HOLDINGS L.P., R.P.S. PROPERTIES LLC, FULTON STREET HOLDINGS LLC, 908 BERGEN STREET LLC, 901 BUSHWICK AVENUE LLC, GATES EQUITY HOLDINGS LLC, 853 LEXINGTON LLC, 348 ST. NICHOLAS LLC, 762 WILLOUGHBY LLC, 855 DEKALB AVENUE LLC, THE BRIDGE TOWER LLC, 619 HOLDINGS LLC, GRAND SUITES LLC, CATALPA DEVELOPMENT, LLC, SLOPE OFFICES LLC, 41-49 SPENCER LLC, 482-484 SENECA LLC, 1217 BEDFORD LLC, 1266 PACIFIC LLC, MYRTLINO HOLDINGS, LLC, 259 BERRY LLC, and 261 BERRY LLC,

Defendants.

------------------------------X

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGEs**

**WHEREAS**, on January 18, 2022 and January 21, 2022, the Court granted motions to stay claims pending arbitration between some plaintiffs and defendants; and

**WHEREAS**, on September 13, 2022, the Court dismissed the

actions against several defendants that were not included in the arbitration because of plaintiffs' failure to serve them timely with the Third Amended Complaint; and

**WHEREAS**, on September 21, 2022, plaintiffs filed a letter to inform the Court that defendant Willoughby Equities LLC was mistakenly not included in the stay related to the arbitration agreement and to ask that the Court to exclude defendant Willoughby Equities LLC from any dismissal order; and

**WHEREAS**, the Court asked the parties to submit a stipulation; and

**WHEREAS**, on January 16, 2023 plaintiffs filed a letter attaching an arbitration agreement signed by Willoughby Equities LLC; it is hereby

**ORDERED** that the action against defendant Willoughby Equities LLC is not dismissed and is subject to the stay related to the ongoing arbitration.

Dated: New York, New York
January 19, 2023

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE