```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------X
SIMCHA FELDMAN, YECHIEL
SHUKRON, SHALOM KOLDETZKY, ARON
BENISHU, ISRAEL HODER, MEIR
FOGEL, RAPHAEL ARIEH, RACHAMIM
BERACHA, TZVI LEFKOVITZ, SHLOMO
KORITZ, TZVI ANSBACHER, RUCHAMA
TOLEDANO, RAPHAEL BITAN, NAOR
AMAR, ISRAEL BEN-EZRA, ARYEH
LEVI, ELCHANAN ELMISHALI, and
MEIR EDELSHTEIN,

                Plaintiffs,

          - against -

YECHEZKEL STRULOVITCH, CS
CONSTRUCTION GROUP LLC,
GLAUBERS CHASIDISHA CLOTHING
LLC, GLAUBERS QUALITY CLOTHING
LLC, GLAUBERS TRADITIONAL
CLOTHING LLC, 945 PARK PL LLC,
1078 DEKALB LLC, 74 VAN BUREN
LLC, 454 CENTRAL AVENUE LLC,
980 ATLANTIC HOLDINGS LLC, PENN
CONDIMINIUM LLC, THROOP HOME,
LLC, EIGHTEEN PROPERTIES LLC,
THE BUSHWICK PARTNERS LLC,
BROOKLYN VENTURES LLC, THE
HOWARD DAY HOUSE LLC, 196
ALBANY HOLDINGS L.P., CSN
PARTNERS LP, KNICKERBOCKER
LOFTS LLC, 1301 PUTNAM LLC, 741
LEXINGTON LLC, 296 COOPER LLC,
WILLTROUT REALTY LLC, STAGG
STUDIOS LLC, FIRST AVENUE
REALTY HOLDINGS L.P., CSY
HOLDINGS LLC, CAS MANAGEMENT
COMPANY BAYSHORE, INC., 31
BROOKLYN LLC, 1035 FLUSHING AVE
LLC, VICTORY BLVD ASSOCIATE
LLC, SOI GROUP LLC, 945
WILLOUGHBY HOLDINGS LLC, 119
HOLDINGS LLC, WALLACE HOLDINGS
LLC, 1642 EQUITIES LLC, BNH
```

**ORDER**

20 Civ. 7270 (NRB)

PROPERTIES LLC, HERMAN GREENFELD as trustee of GIVAS OLIM TRUST, MENDEL BRACH as trustee of GIVAS OLIM TRUST, TOMPKINS 420 REALTY LLC, WILLOUGHBY EQUITIES LLC, 186 LENOX LLC, 400 SOUTH 2ND STREET REALTIES L.P., WYKOFF SP LLC, 1428 FULTON ST LLC, PENN & MARCY LLC, 420 TOMPKINS, LLC, 599-601 WILLOUGHBY LLC, CS YH CONDOS LLC, LENOX 186 HOLDINGS LLC, LENOX 186 REALTY LLC, 400 SOUTH 2ND STREET HOLDINGS L.P., R.P.S. PROPERTIES LLC, FULTON STREET HOLDINGS LLC, 908 BERGEN STREET LLC, 901 BUSHWICK AVENUE LLC, GATES EQUITY HOLDINGS LLC, 853 LEXINGTON LLC, 348 ST. NICHOLAS LLC, 762 WILLOUGHBY LLC, 855 DEKALB AVENUE LLC, THE BRIDGE TOWER LLC, 619 HOLDINGS LLC, GRAND SUITES LLC, CATALPA DEVELOPMENT, LLC, SLOPE OFFICES LLC, 41-49 SPENCER LLC, 482-484 SENECA LLC, 1217 BEDFORD LLC, 1266 PACIFIC LLC, MYRTLINO HOLDINGS, LLC, 259 BERRY LLC, and 261 BERRY LLC,

               Defendants.

-------------------------------X
**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGEs**

**WHEREAS**, on January 18, 2022 and January 21, 2022, the Court granted motions to stay claims pending arbitration between some plaintiffs and defendants; and

**WHEREAS**, on September 13, 2022, the Court dismissed the

actions against several defendants that were not included in the arbitration because of plaintiffs' failure to serve them timely with the Third Amended Complaint; and

**WHEREAS**, on January 19, 2023, the Court ordered that the action against Willoughby Equities LLC was not dismissed and was subject to the stay related to the on-going arbitration; and

**WHEREAS**, all parties in the case are now engaged in the pending arbitration; it is hereby

**ORDERED** that the action is stayed pending the resolution of the arbitration.

Dated:    New York, New York
          August 8, 2023

```
                              NAOMI REICE BUCHWALD
                              UNITED STATES DISTRICT JUDGE
```